# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CHRISTINA P. SENSENG,

    Debtor.

Case No. 07-13510-RGM
(Chapter 7)

## MEMORANDUM OPINION

THIS CASE is before the court on the proposed reaffirmation agreement by and between Christina P. Senseng, the debtor, and Nissan Motor Acceptance Corporation. The reaffirmation agreement seeks to reaffirm a loan secured by a 2005 Nissan Pathfinder. The debt agreed to be reaffirmed is $30,896.85. Part D, Debtor's Statement in Support of Reaffirmation Agreement, has not been signed by the debtor. Further, while Part D reflects income of $2,650.00 and expenses of $2,050.00, leaving $600.00 with which to make the reaffirmed debt payment, Schedules I and J differ from these amounts. There is no explanatory note as required by Interim F.R.B.P. 4008. Consequently, the reaffirmation agreement cannot be approved.

Alexandria, Virginia
February 19, 2008

                /s/ Robert G. Mayer
                Robert G. Mayer
                United States Bankruptcy Judge

Copy electronically to:

Thomas M. Curtis
Robert O. Tyler

14019